STEPHEN J. HIRSCHFELD (SBN 118068)
ZACH P. HUTTON (SBN 234737)
CURIALE DELLAVERSON
  HIRSCHFELD & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
Norcal Waste Systems of San Jose, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/9/06*

| | |
|---|---|
| JAMES ALLEN SMITH, JIMMY DALE YOUNG, and THOMAS DON FORD, <br><br> Plaintiff, <br><br> vs. <br><br> NORCAL WASTE SYSTEMS OF SAN JOSE, INC., SANITARY TRUCK DRIVERS AND HELPERS UNION, LOCAL 350, and DOES 1 through 50, <br><br> Defendant. | Case No. C 05 03706 RMW <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> AND ORDER <br><br> CtRm: 6, 4th Flr. <br> Judge: Hon. Ronald W. Whyte |

The parties have a Case Management Conference scheduled before this Court on January 20, 2006 at 10:30 a.m. Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint are scheduled for hearing on February 24, 2006. Because Defendants' motions are potentially dispositive, the parties believe it would be most efficient if the Case Management Conference would be continued to March 24, 2006 at 10:30 a.m.

Accordingly, Plaintiffs James Smith, et al. and Defendants Norcal Waste Systems of San Jose, Inc. and Sanitary Truck Drivers and Helpers Union, Local 350 stipulate to continue the Case

STIP AND ORDER RE: CMC
CASE NO. C 05 03706 RMW

1  Management Conference in this matter until March 24, 2006 at 10:30 a.m. and respectfully
2  request this Court to sign the attached Order.

5  Dated: December 22, 2005

By: _____
Lyle W. Johnson, Esq.
Attorney for Plaintiffs James Smith, et al.

CURIALE DELLAVERSON HIRSCHFELD
& KRAEMER, LLP

10  Dated: Jan 5, 2006

By: _____
Zach P. Hutton, Esq.
Attorneys for Defendant
Norcal Waste Systems of San Jose, Inc.

BEESON TAYER & BODINE

16  Dated: Jan. 5, 2006

By: _____
Lisa W. Pau, Esq.
Attorneys for Defendant
Sanitary Truck Drivers and Helpers Union,
Local 350

STIP AND ORDER RE: CMC
CASE NO. C 05 03706 RMW

2

1  STEPHEN J. HIRSCHFELD (SBN 118068)
   ZACH P. HUTTON (SBN 234737)
2  CURIALE DELLAVERSON
     HIRSCHFELD & KRAEMER, LLP
3  727 Sansome Street
   San Francisco, CA 94111
4  Telephone: (415) 835-9000
   Facsimile: (415) 834-0443
5
   Attorneys for Defendant
6  Norcal Waste Systems of San Jose, Inc.

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12  JAMES ALLEN SMITH,                    Case No. C 05 03706 RMW
    JIMMY DALE YOUNG, and
13  THOMAS DON FORD,                      **ORDER CONTINUING CASE
                                          MANAGEMENT CONFERENCE**
14                Plaintiff,

15  vs.
                                          CtRm:   6, 4th Flr.
16  NORCAL WASTE SYSTEMS OF SAN           Judge:  Hon. Ronald W. Whyte
    JOSE, INC., SANITARY TRUCK
17  DRIVERS AND HELPERS UNION,
    LOCAL 350, and DOES 1 through 50,
18
                  Defendant.
19

20       In accordance the stipulation of Plaintiffs James Smith, et al. and Defendants Norcal

21  Waste Systems of San Jose, Inc. and Sanitary Truck Drivers and Helpers Union, Local 350, the

22  Case Management Conference set for January 20, 2006 at 10:30 a.m. will be continued to March

23  24, 2006 at 10:30 a.m.

24       IT IS SO ORDERED:

25  Dated:   1/9/06                                  /S/ RONALD M. WHYTE
26                                               United States District Judge
                                                 Ronald M. Whyte
27

28
                                            3
    STIP AND ORDER RE: CMC
    CASE NO. C 05 03706 RMW